Abel Acosta- Clerk of Court
Court of Criminal appeals
P.O. Box 12308 Capitol Station
Austin Texas 78711

**MOTION DENIED**
DATE: 6.22.15
BY: P.C

83,196-01

Date: 6-17 2015

RE: No: 1328031-A

Yes, Enclosed is an Applicant's Motion For Default judgment and Applicants Proposed Order for default Judgment to be filed-stamped dated and set for submission with the Court. Thank you

Sincerly
Wade Jefferson

Wade Jefferson #1810411
2661 FM 2054
Tennessee Colony TX 75884

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**
JUN 22 2015
Abel Acosta, Clerk

WRIT NO: 1328031-A

EX Parte
WADE JEFFERSON
§
V.
§
THE STATE OF TEXAS
§

IN THE COURT OF
CRIMINAL APPEALS
IN AUSTIN TEXAS

## APPLICANT'S "PRO-SE" MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE COURT:

On September 9, 2014, the trial court of the 228th District Court, in response to Applicant's habeas Petition order his trial attorney Lisa Andrews to file an affidavit for the ineffective assistants of counsel claims. Over 9 months Past the trial court's ordered deadline of october 9 2014 and counsel reluctantly failed to comply with court's order.

In response to Applicant's writ of Mandamus No. WR-83,196-01 this court ordered the Respondent-trial court to either issue findings on Applicant's habeas Grounds and or forward habeas application to this court. The respondent and trial court has preferred to forward all habeas contents to this court without answering the claims against itself, via ineffective assistance, nor has the court compelled trial counsel to answer court's ordered affidavits nor held an evidentiary hearing against counsel's alleged ineffectiveness.

Applicant Requests that due to counsel's silence and failure to comply with the trial courts order to answer the ineffective claims against her, that this silence will be deemed an acceptance of all ineffectiveness on counsel's behalf alleged in Petitioner's habeas Petition and Memorandum of Law in Support. See Bland v. California 20 F.3d 1469 (9th Cir 1994)(cert den 513 U.S 947).

## PRAYER

Wherefore all premises considered, Applicant prays that this Court will Grant motion on its merits, Reverse and Remand case back to trial Court for either New trial or New Plea, or Grant relief in accord with which this Court deems best.

Respectfully Submitted
Wade Jefferson

Certificate of SERVICE

I Wade Jefferson #1810411 do certify that a true copy of said motion was delivered by Postal mail to Abel Acosta clerk of Court of Criminal Appeals P.O. Box 12308 Capitol Station Austin Tx 78711 on the 17 day of June 2015

Signed Wade Jefferson

Wade Jefferson #1810411
2661 FM 2054
Tennessee Colony Tx 75884

Writ No: 1328031-A

EXPARTE

§
§
§
§
§

IN THE COURT OF
CRIMINAL APPEALS
IN AUSTIN TEXAS

WADE JEFFERSON

## APPLICANT'S PROPOSED ORDER
## FOR DEFAULT JUDGMENT

ON this ___ day of _____ 2015, Applicant's motion for default Judgement in his habeas Petition against the silence of trial Counsel's refusal to comply with Courts order's to defend against alleged ineffective assistance of Counsel claims in a habeas Petition Proceeding, and due to Counsel's silence, is an acceptance of all alleged ineffective assistance claims against by default. IT IS HEREBY ORDER THIS MOTION FOR DEFAULT JUDGMENT GRANTED and the trial Courts conviction REVERSE and Case REMANDED back to trial Court for Trial of new Proceedings

IT IS SO ORDERED

Signed on this day of _____ 2015

_____
PRESIDING JUDGE